IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**EVERETT L. SAMPSON,**

       **Applicant,**

**v.**                                     **No.  CIV-05-1210 BB/LAM**

**C. MICHAEL MARTIN, et al.,**

       **Respondents.**

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (*DOC. 35*)**

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 35*) (hereinafter, "PF&RD"), filed on November 20, 2007.  The parties have not filed objections to the PF&RD and the time for filing objections has passed.  The Court has reviewed the PF&RD, the record of this case and relevant law, and determined that it will adopt the PF&RD; grant Respondents' Motion to Dismiss (*Doc. 29*); deny Applicant Everett L. Sampson's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (*Doc. 1*) as without merit; and enter a judgment dismissing this case with prejudice.

**IT IS THEREFORE ORDERED** that:

    1.    The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 35*) are **ADOPTED** by the Court;

    2.    Respondents' Motion to Dismiss (*Doc. 29*) is **GRANTED**;

3. Mr. Sampson's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody (*Doc. 1*) is **DENIED** as without merit; and

4. This case be **DISMISSED WITH PREJUDICE** in a final judgment entered concurrently with this order.

**IT IS SO ORDERED.**

_____
**HONORABLE BRUCE BLACK**
**UNITED STATES DISTRICT JUDGE**